FILED
United States Court of Appeals
Tenth Circuit

December 7, 2020

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

JERRY DALE MEEK,

    Petitioner - Appellant,

v.

JIMMY MARTIN,

    Respondent - Appellee.

No. 20-7021
(D.C. No. 6:16-CV-00543-RAW-KEW)
(E.D. Okla.)

_____

## ORDER
_____

This matter comes before the court on its own motion. The appendix previously filed in this habeas appeal did not include the state-court record, which is essential for the court's review. It is therefore ordered that within 10 days of the date of this order, appellant's counsel shall file a supplemental appendix containing the state-court record. *See Meek v. Martin*, No. 6:16-cv-0543-RAW-KEW (E.D. Okla. Mar. 15, 2017), ECF No. 12.

                                                Entered for the Court

                                                CHRISTOPHER M. WOLPERT, Clerk